IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETREE, INC., and<br>TWO BIT DOG, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>RED F MARKETING LLC;<br>TARGET POINT, LLC,<br>DANIEL ROSELLI;<br>TENG LI;<br>JASON LI;<br>MALI XU;<br>MARK EPPERLY; and<br>ELTON T. SCRIPTER.<br><br>　　　　　Defendants. | Case No. 3:10-MC-80304-VRW<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION RE: MOTION TO QUASH SUBPOENA TO FACEBOOK INC. BY MARK EPPERLY, TENG LI, AND DAN ROSELLI (DOC # 1)** |

Now, in view of the Stipulation presented by Plaintiffs and Defendants Mark Epperly, Daniel Roselli and Teng Li (collectively "Defendants") regarding the subpoena served on Facebook, Inc. dated November 17, 2010, it is hereby ORDERED that Plaintiffs' subpoena be modified so that, for the accounts related to Epperly, Roselli, and Li, Facebook, Inc. is to produce to Defendants' counsel (Irving M. Brenner, John G. McDonald, Steven N. Baker, McGUIREWOODS LLP, 100 North Tryon Street, 29th Floor (28202), Post Office Box 31247, Charlotte, NC  28231) the following documents:

1

[PROPOSED] ORDER ON STIPULATION RE: MOTION TO QUASH SUBPOENA TO FACEBOOK
INC. BY MARK EPPERLY, TENG LI, AND DAN ROSELLI (DOC # 1)
CASE NO. 3:10-MC-80304-VRW

1. For:

   a. the individual Dr. Teng Li, the email address drtengli@yahoo.com, and the address 12406 Aden Creek Way, Pineville, North Carolina;

   b. the individual Mark Epperly, the email addresses mepperly@visionmarketing.com and mepperly@targetpoint.us, and the address6917 club Champion Lane, Mint Hill, North Carolina 28227;

   c. the individual Dan/Daniel Roselli, the email address droselli@redf.com, and the address 2611 Whitney Hill Road, Charlotte, North Carolina 28226,

documents sufficient to identify all accounts associated with any one or more of the above identified individuals, email addresses and/or address. The above identified account and any other account(s) identified by the requested documents are collectively referred to below as "the ACCOUNTS."

2. For all the ACCOUNTS, documents sufficient to identify all registration, connection and directory history and information.

3. For all the ACCOUNTS, all IP history logs and information.

4. For all the ACCOUNTS, all status updates, wall posts, tags, notes, links, videos, photos, questions, or other notifications and communications that are to or from or include any of the following contacts: Daniel (Dan) Roselli; Teng Li; Jason Li; Mali Xu; Mark Epperly; Elton Scripter; Tom Scripter; RED F MARKETING LLC (or "Red F" or "RedF"); or TARGET POINT.

5. For all the ACCOUNTS, all status updates, wall posts, tags, notes, links, videos, photos, questions, or other notifications and communications that mention "Bridgetree" or Mark Beck.

6. For all the ACCOUNTS, listings of all messages (e.g., via screen capture, screen dump, etc.).

7. For all the ACCOUNTS, all messages (received, sent, archived or deleted) that are to or from or include any of the following contacts: Daniel (Dan) Roselli; Teng Li; Jason Li; Mali Xu; Mark Epperly; Elton Scripter; Tom Scripter; RED F MARKETING LLC (or "Red F" or "RedF"); or TARGET POINT.

1  In all other aspects Defendants' motion is denied as MOOT.

3  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

6  DATED this ___26th___ day of ___January___, 2011.   _____

   The Honorable Vaughn R. Walker

3
[PROPOSED] ORDER ON STIPULATION RE: MOTION TO QUASH SUBPOENA TO FACEBOOK
INC. BY MARK EPPERLY, TENG LI, AND DAN ROSELLI (DOC # 1)
CASE NO. 3:10-MC-80304-VRW