IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETREE, INC., and<br>TWO BIT DOG, LLC,<br><br>           Plaintiffs,<br><br>vs.<br><br>RED F MARKETING LLC;<br>TARGET POINT, LLC,<br>DANIEL ROSELLI;<br>TENG LI;<br>JASON LI;<br>MALI XU;<br>MARK EPPERLY; and<br>ELTON T. SCRIPTER.<br><br>           Defendants. | Case No. 3:10-MC-80304-VRW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE: MOTION BY TENG LI TO QUASH SUBPOENA TO YAHOO! INC. (DOC # 2) |

Now, in view of the Stipulation presented by Plaintiffs and Defendant Teng Li regarding the subpoena served on Yahoo! Inc. dated November 17, 2010, it is hereby ORDERED that Plaintiffs' subpoena be modified as follows and that Yahoo! Inc. produce to Defendants' counsel (Irving M. Brenner, John G. McDonald, Steven N. Baker, McGUIREWOODS LLP, 100 North Tryon Street, 29th Floor (28202), Post Office Box 31247, Charlotte, NC 28231) the following documents relating to the account drtengli@yahoo.com:

1. Documents sufficient to identify all registration, connection, and directory history and information.

2. All IP history logs and information.

3. Listings of all emails (e.g., via screen capture, screen dump, etc.).

4. All emails from June 1, 2009 to the present (including deleted emails located in a "Trash" box or otherwise) and attachments thereto that are to or from or contain carbon copies or blind carbon copies to any of the following contacts: Daniel Roselli; droselli@redf.com; Teng Li; Jason Li; Mali Xu; Mark Epperly; mepperly@visionmarketing.com; mepperly@targetpoint.us; Elton Scripter; RED F MARKETING LLC (or "Red F" or "RedF"); TARGET POINT; tscripter@gmail.com; drtengli@yahoo.com; Klaus Werner; Victoria Racine; Michael Young; Vision Marketing; and/or Tiffany Sartoris.

5. All emails from June 1, 2009 to the present (including deleted emails located in a "Trash" box or otherwise) and attachments mentioning "Bridgetree," Mark Beck, or "Red F."

In all other aspects Defendants' motion is denied as MOOT.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED this  26th  day of  January , 2011.          _____

                                                                      The Honorable Vaughn R. Walker

[PROPOSED] ORDER ON STIPULATION RE: MOTION BY TENG LI TO QUASH SUBPOENA TO YAHOO! INC. (Doc # 2) - CASE NO. 3:10-MC-80304-VRW