IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETREE, INC., and<br>TWO BIT DOG, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RED F MARKETING LLC;<br>TARGET POINT, LLC,<br>DANIEL ROSELLI;<br>TENG LI;<br>JASON LI;<br>MALI XU;<br>MARK EPPERLY; and<br>ELTON T. SCRIPTER.<br><br>    Defendants. | Case No. 3:10-MC-80304-VRW<br><br>[~~PROPOSED~~] STIPULATED ORDER REGARDING MOTION BY ELTON T. SCRIPTER TO QUASH SUBPOENA PRESENTED TO FACEBOOK, INC., LINKEDIN CORP., AND GOOGLE, INC. |

Now, in view of the Stipulation presented by Plaintiffs and Defendant Elton Scripter regarding the subpoenas served on Facebook, Inc., LinkedIn Corp., and Google, Inc. dated November 17, 2010, it is hereby ORDERED that Plaintiffs' subpoenas be modified as follows:

**Subpoena Directed to Facebook, Inc.**

The November 17, 2010 Subpoena served upon Facebook, Inc. shall be modified so that for accounts associated with:

1

   a. the individual Elton T. Scripter (aka Tom Scripter);
   b. the email addresses tomscripter@hotmail.com and tscripter@gmail.com; and
   c. the address 19031 Chandlers Landing Drive, Unit D, Cornelius, North Carolina 28031

the following documents from June 1, 2009 to the present are to be produced to Defendant Scripter's counsel (Louis Bledsoe III and Kate Payerle, Robinson, Bradshaw & Hinson, P.A. at 101 N. Tryon St., Charlotte, NC 28211):

1. documents sufficient to identify all accounts associated with any one or more of the above identified individuals, email addresses and/or address.;
2. documents sufficient to identify all registration, connection and directory history and information;
3. all IP history logs and information;
4. all status updates, wall posts, tags, notes, links, videos, photos, questions, or other notifications and communications that are to or from or include any of the following contacts: Daniel (Dan) Roselli; Teng Li; Jason Li; Mali Xu; Mark Epperly; RED F MARKETING LLC (or "Red F" or "RedF"); or TARGET POINT;
5. all status updates, wall posts, tags, notes, links, videos, photos, questions, or other notifications and communications that mention "Bridgetree" or "Mark Beck;"
6. listings of all messages (e.g., via screen capture, screen dump, etc.);
7. all messages (received, sent, archived or deleted) that are to or from or include any of the following contacts: Daniel (Dan) Roselli; Teng Li; Jason Li; Mali Xu; Mark Epperly; RED F MARKETING LLC (or "Red F" or "RedF"); or TARGET POINT.

All other objections and issues raised by Defendant Scripter's Motion to Quash are considered moot and therefore the motion is DENIED.

### Subpoena Directed to LinkedIn Corp.

The November 17, 2010 Subpoena served upon LinkedIn Corp. shall be modified so that, for accounts associated with:

   a. the individual Elton T. Scripter (aka Tom Scripter);

      b. the email addresses tomscripter@hotmail.com and tscripter@gmail.com; and

      c. the address 19031 Chandlers Landing Drive, Unit D, Cornelius, North Carolina 28031;

the following documents from June 1, 2009 to the present are to be produced to Defendant Scripter's counsel (Louis Bledsoe III and Kate Payerle, Robinson, Bradshaw & Hinson, P.A. at 101 N. Tryon St., Charlotte, NC 28211):

1. documents sufficient to identify all accounts associated with any one or more of the above identified individuals, email addresses and/or address;
2. documents sufficient to identify all registration, connection and directory history and information;
3. all IP history logs and information;
4. listings of all messages and invitations (e.g., via screen capture, screen dump, etc.) in the inbox, sent, archived, trash or draft folders;
5. all postings, threads, replies, links, discussions or other communications in the LinkedIn Group or Company Profile for "RED F Marketing;"
6. all postings, threads, replies, links, discussions or other communications in the LinkedIn Group or Company Profile for "Targetpoint;"
7. all postings, threads, replies, links, discussions or other communications in any LinkedIn Group that are to or from or include any of the following contacts: Daniel (Dan) Roselli; Teng Li; Jason Li; Mali Xu; Mark Epperly; RED F MARKETING LLC (or "Red F" or "RedF"); or TARGET POINT;
8. all messages and invitations in the inbox, sent, archived, trash or draft folders mentioning "Bridgetree" or "Mark Beck;"
9. all postings, threads, replies, links, discussions or other communications in any LinkedIn Group (including any deleted communications) mentioning "Bridgetree" or "Mark Beck."

All other objections and issues raised by Defendant Scripter's Motion to Quash are considered moot and therefore the motion is DENIED.

3

[PROPOSED] STIPULATED ORDER REGARDING MOTION BY ELTON T. SCRIPTER TO QUASH SUBPOENA PRESENTED TO FACEBOOK, INC., LINKEDIN CORP., AND GOOGLE, INC. - CASE NO. 3:10-MC-80304-VRW

**Subpoena Directed to Google, Inc.**

The November 17, 2010 Subpoena served upon Google, Inc. shall be modified so that Google, Inc. is to produce to Defendant Scripter's counsel (Louis Bledsoe III and Kate Payerle, Robinson, Bradshaw & Hinson, P.A. at 101 N. Tryon St., Charlotte, NC 28211) the following documents relating to the account tscripter@gmail.com:

1. Documents sufficient to identify all registration, connection, and directory history and information.
2. All IP history logs and information.
3. Listings of all emails (e.g., via screen capture, screen dump, etc.).
4. All emails from June 1, 2009 to the present (including deleted emails including deleted emails located in a "Trash" box or otherwise) and attachments thereto that are to or from or contain carbon copies or blind carbon copies to any of the following contacts: Daniel Roselli; droselli@redf.com; Teng Li; Jason Li; Mali Xu; Mark Epperly; mepperly@visionmarketing.com; mepperly@targetpoint.us; RED F MARKETING LLC (or "Red F" or "RedF"); TARGET POINT; drtengli@yahoo.com; Klaus Werner; Victoria Racine; Michael Young; Vision Marketing; and/or Tiffany Sartoris.
5. All emails from June 1, 2009 to the present (including deleted emails including deleted emails located in a "Trash" box or otherwise) and attachments mentioning "Bridgetree," "Mark Beck," or "Red F."

All other objections and issues raised by Defendant Scripter's Motion to Quash are considered moot and therefore the motion is DENIED.

DATED this 26th day of January, 2011.

United States District Court Judge

[PROPOSED] STIPULATED ORDER REGARDING MOTION BY ELTON T. SCRIPTER TO QUASH SUBPOENA PRESENTED TO FACEBOOK, INC., LINKEDIN CORP., AND GOOGLE, INC. - CASE NO. 3:10-MC-80304-VRW